DARYL P. SAM (8276)
Daryl P. Sam, PLLC
5955 South Redwood Road, Suite 102
Salt Lake City, Utah, 84123
Telephone: (801) 506-6767
Fax: (801) 386-5476
Email: daryl.sam@gmail.com

Attorney for Defendant Steven Deleon

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**STEVEN DELEON,**<br><br>**Defendant.** | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**<br><br>Case No. 1:20-CR-00010-RJS<br><br>**Magistrate Judge Daphne Oberg**<br>**District Court Judge Robert J. Shelby** |

Daryl P. Sam, attorney for the Defendant, and pursuant to DUCivR 83-1.4, hereby moves to withdraw as counsel for Defendant Steven Deleon.

Steven Deleon
c/o Weber County Jail
P.O. Box 14000
Ogden, UT  84112

The Defendant has spoken to counsel and expressed his need and desire to have a new attorney appointed to him. The reason for the withdrawal is a breakdown of communication

1

between Counsel and the Defendant. Under the circumstances, Counsel cannot adequately defend this Defendant.

The current status of the case is as follows: Mr. Deleon is the only defendant named in this case. Trial is set for February 9, 2021 for a three day trial. There are no pending motions before the Court.

DATED this 10th day of December, 2020.

/s/ Daryl P. Sam
Daryl P. Sam
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system which sent notification of such filing to all counsel on record.

And by U.S. Mail to the following:

Steven Deleon
c/o Weber County Jail
P.O. Box 14000
Ogden, UT  84112

/s/ Daryl P. Sam