IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEVEN DELEON,<br><br>Defendant. | ORDER FOR WITHDRAWAL OF COUNSEL<br><br><br>Case No. 1:20-CR-00010-RJS<br><br>Magistrate Judge Daphne Oberg<br>District Court Judge Robert J. Shelby |

Based on the motion of the defendant and good cause shown:

It is hereby **ORDERED** that Daryl P. Sam, attorney, is hereby Granted leave to withdraw as counsel for Defendant.

DATED this _____ day of December, 2020.

BY THE COURT:

_____
JUDGE DAPHNE OBERG
United States Magistrate Court Judge

1